**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: May 10, 2023**
**HEARING TIME: 1:30 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: May 3, 2023**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>ALLEN SCOTT BIDMAN,<br><br>Debtor. | Case No.: 22-41170-BDL<br><br>NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c) |

## **NOTICE**

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Brian D. Lynch at **1:30 P.M. on May 10, 2023**, at the U.S. Bankruptcy Courthouse, 1717 Pacific Avenue, Courtroom I, Tacoma, WA 98402.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **May 3, 2023,** you should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

NOTICE AND MOTION FOR DISMISSAL - 1

# MOTION

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. Debtor filed this case on **September 15, 2022**. The case was confirmed by order of the Court on **November 10, 2022**.

2. Pursuant to the confirmed plan, Debtor is required to make plan payments of **$754.00** per month. Debtor is presently delinquent in plan payments in the amount of **$2,815.01**, supported by the Declaration filed herewith.

3. Debtor has defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(6) failure to remit plan payments.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 20th day of March, 2023 at Tacoma, Washington.

_____
Michael G. Malaier, WSBA# 34729
Chapter 13 Standing Trustee

NOTICE AND MOTION FOR DISMISSAL - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600