Law Offices of Travis Gagnier, Inc., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234; gagnierecf@bestbk.com

Judge Brian D. Lynch
CHAPTER 13
Hearing Date: May 10, 2023
Hearing Time: 1:30 p.m.
Response Date: May 3, 2023

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

BIDMAN, Allen Scott,

    Debtor.

No. 22-41170

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS and PROOF OF SERVICE**

COMES NOW, the Debtor, by and through his attorney, Travis A. Gagnier, and responds to the Trustee's Motion to Dismiss.

Mr. Bidman fell behind on payments due to loss of income as he is now only receiving Social Security. He is reviewing his options with counsel to look at modifying his plan payments. However, in the interim, he will be making a payment of $754.00 via TFS on or about May 18, 2023, once his monthly Social Security check is received.

For these reasons, the debtor asks that the motion to dismiss be denied. Or, in the alternative an agreed order entered for ongoing payments.

Respectfully submitted this 3rd day of May 2023.

    /s/ Travis A. Gagnier
    Travis A. Gagnier, #26379
    Attorney for Debtor

DEBTORS' RESPONSE TO
MOTION TO DISMISS - 1

LAW OFFICES OF TRAVIS GAGNIER, INC., P.S.
33507 Ninth Ave S, Bldg F
PO Box 3949
Federal Way, WA 98063-3949
253-941-0234; gagnierecf@bestbk.com

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court in Tacoma and served a true copy thereof to:

    Michael G. Malaier        Honorable Brian D. Lynch
    Chapter 13 Trustee

via ECF, and to:

    Debtor

via U.S. first-class mail, postage pre-paid, on the 3rd day of May 2023.

                                        /s/ Shari L. Moody
                                        Shari L. Moody, Sr. Paralegal

DEBTORS' RESPONSE TO MOTION TO DISMISS - 2

LAW OFFICES OF TRAVIS GAGNIER, INC., P.S.
33507 Ninth Ave S, Bldg F
PO Box 3949
Federal Way, WA 98063-3949
253-941-0234; gagnierecf@bestbk.com

Case 22-41170-BDL    Doc 29    Filed 05/03/23    Ent. 05/03/23 14:11:32    Pg. 2 of 2