Entered on Docket September 6, 2023

Below is the Order of the Court.



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

___

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 22-41170-BDL |
| ALLEN SCOTT BIDMAN, | ORDER DISMISSING CHAPTER 13 CASE |
| Debtor. | |

**THIS MATTER** having come before the Court on the Trustee's Motion to Dismiss, due notice of hearing having been given to the Debtor and the attorney for the Debtor; the Debtor having not otherwise responded or appeared, the Court having reviewed the motion and being fully advised in the premises, IT IS HEREBY

**ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtor; it is further

**ORDERED** that upon dismissal or conversion, any refund shall be payable to the Debtor and may be forwarded to the Debtor though the attorney's office per 11 U.S.C. 349(b)(3); it is further

ORDER DISMISSING CASE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 22-41170-BDL    Doc 39    Filed 09/06/23    Ent. 09/06/23 12:53:55    Pg. 1 of 2

**ORDERED** that the above-captioned case be dismissed effective on the date of this Order and the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

///End of Order///

Presented by:

_Michael Malaier_ (signature)

Michael G. Malaier, WSBA #34729
Chapter 13 Standing Trustee

ORDER DISMISSING CASE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600